UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN HOPKINS

    Plaintiff,

v.

OAKLAND POLICE DEPT., et al.

    Defendant(s).

No. 01-04972 CW (EDL)

ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated October 26, 2005, Plaintiff Kevin Hopkins requested to be excused from personally appearing at the settlement conference scheduled for November 9, 2005.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Mr. Hopkins **be available by telephone from 9:00 a.m. Pacific Standard Time until further notice on November 9, 2005.**

If the Court concludes that the absence of Mr. Hopkins is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Mr. Hopkins.

SO ORDERED.

Dated: October 27, 2005

                                                  ELIZABETH D. LAPORTE
United States Magistrate Judge